UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

STATE OF CONNECTICUT         :
                             :
                             :  ss. NEW HAVEN, CT
                             :
COUNTY OF NEW HAVEN          :

**Affidavit in Support of Application for
Search Warrant of Subject Parcel**

### I.   INTRODUCTION

1.        I am a United States Postal Inspector assigned to the New Haven, Connecticut Domicile of the United States Postal Inspection Service (USPIS). I have been so employed since May 2015. I am currently assigned to the Major Crimes Team. As a United States Postal Inspector assigned to the Major Crimes Team, my duties and responsibilities include, but are not limited to the investigation of the illegal shipment of narcotics and narcotics proceeds, as well as the laundering of drug proceeds via the United States Postal Service (USPS). Prior to becoming a U.S. Postal Inspector, I was employed for seven years as an investigator assigned to the Massachusetts Attorney General's Office and Suffolk County District Attorney's Office. I have received training in the areas of search and seizure, narcotics investigations and criminal law. I am a graduate of the Drug Enforcement Administration Basic Narcotics Investigator School, and have been detailed as a Task Force Agent with the Drug Enforcement Administration New Haven District Office since January 2017. I am a law enforcement officer of the United States within the meaning of Title 18 U.S.C. § 3061, and am empowered by law to conduct investigations and to make arrests for offenses enumerated in Title 21 U.S.C. § 841(a) (1), and other federal offenses.

2.        This affidavit is written in support of an application to obtain a search and seizure warrant for a parcel seized and currently held in the custody of the United States Postal Inspection Service, New Haven, CT. The information contained in this affidavit is based on my personal

1

participation in the investigation, as well as information provided by other law enforcement officers. Because this affidavit is being submitted for the limited purpose of establishing probable cause for the issuance of a search warrant, I have not included each and every fact known to me regarding this investigation. Rather, I have set forth only those facts that I believe are necessary to establish probable cause.

3.  Based on my training and experience with the USPIS, I have become familiar with the delivery operations of the USPS, and its various delivery services such as Priority Mail and Priority Mail Express. Intelligence gathered by USPIS indicates that both services are often-times used by narcotics traffickers to mail narcotics and narcotics proceeds. The use of Priority Mail and Priority Mail Express are favored in part due to the speed, reliability, free telephone and internet-based tracking service, relative anonymity, and perceived minimal chance of detection.

4.  Priority Mail Express was originally intended for urgent, business-to business correspondence. However, based on USPIS intelligence and my personal experience with numerous prior parcels found to contain narcotics and narcotics proceeds, these types of parcels are typically sent from one individual to another individual.

5.  Further, based on my training and experience, and conversations with other law enforcement officers, regarding narcotics investigations involving the US Mail, I know the following cities have been identified as known source locations of controlled substances. Such locations include, but are not limited to: Puerto Rico, California, Colorado, Arizona, Nevada and Texas.

6.  I also know from my training and experience a series of characteristics which are likely indicators of a parcel containing a controlled substance or the proceeds of controlled substance sales. These characteristics include, but are not limited to the following: (1) the parcel was mailed from, a narcotic source location; (2) the parcel bears a fictitious return/sender address

or name; (3) the parcel bears handwritten address information; (4) the handwritten mailing label on the package does not contain a business account number, thereby indicating that the sender paid cash; (5) the package was addressed from an individual to an individual; and (6) the package was heavily taped.

7. Additionally, parcels mailed via Priority Mail and Priority Mail Express services are assigned unique tracking numbers, which are provided to the mailer for purposes of tracking the transit and delivery status of the parcel from acceptance at the origin facility to delivery at the destination address. Utilizing the unique tracking number, the mailer is afforded the ability to track the parcel, via toll free phone call or internet connection such as smartphone, PC or other wireless device.

8. Also based on my training and experience in investigations relating to narcotics being trafficked via US Mail, I know that narcotics traffickers oftentimes utilize "drop addresses" to receive parcels containing narcotics, dispatched via US Mail. These addresses are typically not directly associated to the intended recipient of the narcotics. Utilizing a delivery address other than the intended recipient's residence is an additional tactic used by narcotics traffickers to avoid detection by law enforcement.

9. I also know that narcotics traffickers often-times send bulk currency via United States Mail as payment for illegal narcotics. I further know that individuals involved in the trafficking of illegal narcotics will often inadvertently leave residue and the scent of illegal narcotics on other items they handle, including shipping boxes and the monetary proceeds of the illegal narcotics. Additionally, packing materials and proceeds are often kept in close proximity to the controlled substances, allowing the scent and residue to transfer to the packing materials and the proceeds packed within.

## II. DESCRIPTION OF THE SUBJECT PARCEL

10. Based on the information contained in this affidavit, there is probable cause to believe, and I do believe, that contained within **Subject Parcel One** there may presently be found contraband and/or evidence of the commission of the offense of possession with the intent to distribute controlled substances, in violation of 21 U.S.C. § 841(a)(1), possession of controlled substances, in violation of 21 U.S.C. § 844(a); and/or money laundering, in violation of 18 U.S.C. § 1956(a)(1)(A).

a) **"Subject Parcel One"** is U.S. Mail, Priority Mail parcel bearing tracking number 9505 5130 0542 7339 1001 65, addressed as follows: "B. Xaysithideth 103 Tara drive Torrington, C.T. 06790" and bearing the following return address: "Suksamlan 2626 Alabama Ave. Stockton, CA. 95206." The parcel measures approximately 11¼" x 8¾" x 6", weighs approximately two pounds, thirteen ounces and bears postage of $13.60.

## III. INVESTIGATION

11. On or about December 5, 2017, U.S. Mail, Priority Mail parcel bearing tracking number 9505 5130 0542 7339 1001 65 (**Subject Parcel One**) was identified as a parcel possibly containing narcotics. **Subject Parcel One** bears the following handwritten delivery information: "B. Xaysithideth 103 Tara drive Torrington, C.T. 06790" and a handwritten return address of: "Suksamlan 2626 Alabama Ave. Stockton, CA. 95206". Specifically, the package met a number of characteristics of parcels containing narcotics, including that it was mailed from a known drug source location, and it is heavily taped. A review of commercially available database records indicates the delivery address of 103 Tara Drive Torrington, C.T. 06790 is a valid address, and B Xaysithideth is listed as a current resident. A review of the listed sender information, A review of commercially available database records indicates the return address of 2626 Alabama Ave.

4

Stockton, CA 95206 is a valid address, and an individual named Suksamlan Xaysithideth is listed as a former resident at that address, with a current listed residence at an address in Torrington, CT.

12. On December 7, 2017, **Subject Parcel One** was examined by a trained narcotics detection dog. **Subject Parcel One** was individually placed among five other similarly sized parcels prior to the handler and canine arriving. Upon examination of the parcels, the canine alerted to **Subject Parcel One**, indicating that the canine detected the odor of controlled substances. The handler was not informed that this was the suspect parcel and left the area with the canine. The parcels, including **Subject Parcel One**, were rearranged in different positions on the floor, and the handler and canine were again called into the area. The canine again alerted to **Subject Parcel One**, again indicating that the canine detected the odor of controlled substances. On both occasions, **Subject Parcel One** was the only parcel to which the canine alerted.

13. The trained narcotics detection canine involved in the examinations of **Subject Parcel One** is a six year-old female, Yellow Labrador named Cedar, assigned to Milford Police Detective Dennis Broderick. Cedar was first certified in the Spring of 2012 and is certified in the detection of cocaine, crack cocaine, heroin, opiates, hashish, marijuana, MDMA, methamphetamine, and steroids. Cedar has had quarterly in-service training sessions since graduation.

14. Det. Broderick and Cedar train on all the odors that the canine is trained to detect. Their on-going training averages 40 hours a month. On-going training includes training in all areas of interdiction, such as vehicles, boats, truck tractor and trailers, people, schools, currency, parcels and mail, airports and airplanes, buses and bus terminals, storage units, residences, trains and train stations, prisons, hotels and motels, apartments, etc. This training includes novel odors, such as odors that are distracting, masking or new. Training includes controlled-negative (blank) testing, in which all objects or locations have no contraband present. Extinction training methods

are used to "proof" the dog and prevent her from alerting to common items (such as bags, tins, boxes, etc.) associated with controlled substances. Det. Broderick and Cedar have participated in hundreds of controlled substance searches.

15. Based on the above, there is probable cause to believe, and I do believe, that located within **Subject Parcel One**, is contraband, fruits and instrumentalities, or proceeds of the sale of contraband that constitute evidence of violation of Title 21, United States Code, Section 841(a)(1) and 844(a) and Title 18, United States Code, Section 1956(a)(1)(A). **Subject Parcel One** is currently in the custody of the United States Postal Inspection Service. Therefore, I respectfully request that a search warrant be issued for **Subject Parcel One** for evidence of narcotics trafficking, and for any and all documentation or other materials containing evidence of the participants in the suspected narcotics trafficking.

BRIAN P. BUKURAS
UNITED STATES POSTAL INSPECTOR

Subscribed and sworn to before me this 8th day of December, 2017.

/s/ Sarah A. L. Merriam, USMJ

THE HONORABLE SARAH A. L. MERRIAM
UNITED STATES MAGISTRATE JUDGE

## ATTACHMENT A

**Subject Parcel One:** U.S. Mail, Priority Mail parcel bearing tracking number 9505 5130 0542 7339 1001 65, addressed as follows: "B. Xaysithideth 103 Tara drive Torrington, C.T. 06790" and bearing the following return address: "Suksamlan 2626 Alabama Ave. Stockton, CA. 95206."

7